| United States Bankruptcy Court<br>Western District of Louisiana | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**ABL Industries, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**27-2253116** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |

| Street Address of Debtor (No. and Street, City, and State):<br>**1024 Hwy. 343**<br>**Church Point, LA** | Street Address of Joint Debtor (No. and Street, City, and State): |
|---|---|
| ZIP Code **70525** | ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Saint Landry** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**P. O. Box 850**<br>**Scott, LA** | Mailing Address of Joint Debtor (if different from street address): |
| ZIP Code **70583** | ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization) (Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13    ☐ Chapter 15 Petition for Recognition<br>of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Nonmain Proceeding |

| Chapter 15 Debtors | Tax-Exempt Entity<br>(Check box, if applicable) | Nature of Debts<br>(Check one box) |
|---|---|---|
| Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding<br>by, regarding, or against debtor is pending: | ☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | ☐ Debts are primarily consumer debts,<br>defined in 11 U.S.C. § 101(8) as<br>"incurred by an individual primarily for<br>a personal, family, or household purpose."    ■ Debts are primarily<br>business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>■ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
| *(This page must be completed and filed in every case)* | **ABL Industries, LLC** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

<table>
<tr>
<td><b>Exhibit A</b><br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition.</td>
<td><b>Exhibit B</b><br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>Signature of Attorney for Debtor(s)          (Date)</td>
</tr>
</table>

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

## Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**
**ABL Industries, LLC**

### Signatures

#### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

#### Signature of Attorney*

X **/s/ H. Kent Aguillard**
Signature of Attorney for Debtor(s)

**H. Kent Aguillard**
Printed Name of Attorney for Debtor(s)

**H. Kent Aguillard**
Firm Name
**P. O. Box 391**
**Eunice, LA 70535**

Address

**337-457-9331  Fax: 337-457-2917**
Telephone Number
**May 21, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

#### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Lenora Krielow**
Signature of Authorized Individual
**Lenora Krielow**
Printed Name of Authorized Individual
**President/CEO**
Title of Authorized Individual
**May 21, 2015**
Date

#### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

#### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Western District of Louisiana

In re   **ABL Industries, LLC**                  Case No. _____

                                Debtor(s)          Chapter    **11** _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **ABL Enterprises, Inc.** **418 Montrose Ave.** **Lafayette, LA 70503** | **ABL Enterprises, Inc.** **418 Montrose Ave.** **Lafayette, LA 70503** | **Lease** | **Disputed** | **100,000.00** |
| **Air Exchange, Inc.** **129 Briscoe Rd.** **Opelousas, LA 70570** | **Air Exchange, Inc.** **129 Briscoe Rd.** **Opelousas, LA 70570** | **Open account** | | **8,334.30** |
| **Airgas Southwest, Inc.** **P. O. Box 676031** **Dallas, TX 75267-6031** | **Airgas Southwest, Inc.** **P. O. Box 676031** **Dallas, TX 75267-6031** | **Open account** | | **16,107.33** |
| **B&M Oilfield Supply & Rental** **P. O. Box 400** **Broussard, LA 70518-0400** | **B&M Oilfield Supply & Rental** **P. O. Box 400** **Broussard, LA 70518-0400** | **Open account** | | **52,705.22** |
| **Crystal Clean, LLC** **13621 Collections Center Drive** **Chicago, IL 60693-0136** | **Crystal Clean, LLC** **13621 Collections Center Drive** **Chicago, IL 60693-0136** | **Open account** | | **9,265.47** |
| **Custom Abrasives, LLC** **2525 Bay Area Blvd., Ste. 290** **Houston, TX 77058** | **Custom Abrasives, LLC** **2525 Bay Area Blvd., Ste. 290** **Houston, TX 77058** | **Open account** | | **24,430.38** |
| **Den-Mar Staffing** **P. O. Box 2952** **Lafayette, LA 70502** | **Den-Mar Staffing** **P. O. Box 2952** **Lafayette, LA 70502** | **Open account** | | **7,680.00** |
| **Global X-Ray & Testing Corp.** **P. O. Box 1536** **Morgan City, LA 70381** | **Global X-Ray & Testing Corp.** **P. O. Box 1536** **Morgan City, LA 70381** | **Open account** | | **70,381.00** |
| **Industrial Lift Truck** **P. O. Box 732333** **Dallas, TX 75373-2333** | **Industrial Lift Truck** **P. O. Box 732333** **Dallas, TX 75373-2333** | **Open account** | | **11,608.97** |
| **Lafayette Paint & Supply** **P. O. Box 837** **Broussard, LA 70518** | **Lafayette Paint & Supply** **P. O. Box 837** **Broussard, LA 70518** | **Lawsuit** | | **71,459.31** |

In re  **ABL Industries, LLC**                                              Case No. _____

                                    Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Louisiana Workforce Commission**<br>**P. O. Box 86510**<br>**Baton Rouge, LA 70879** | **Louisiana Workforce Commission**<br>**P. O. Box 86510**<br>**Baton Rouge, LA 70879** | **Workers comp** | | **6,450.75** |
| **Moore's Pump Services, Inc.**<br>**P. O. Box 746**<br>**Broussard, LA 70518** | **Moore's Pump Services, Inc.**<br>**P. O. Box 746**<br>**Broussard, LA 70518** | **Open account** | | **11,500.00** |
| **Regional Machine**<br>**602 Hector Connely Rd.**<br>**Carencro, LA 70520** | **Regional Machine**<br>**602 Hector Connely Rd.**<br>**Carencro, LA 70520** | **Open account** | | **9,765.00** |
| **Sabel Steel Supply**<br>**P. O. Box 4747**<br>**Montgomery, AL 36103** | **Sabel Steel Supply**<br>**P. O. Box 4747**<br>**Montgomery, AL 36103** | **Open account** | | **8,434.35** |
| **Sol's Pipe & Steel, Inc.**<br>**P. O. Box 2407**<br>**Monroe, LA 71207** | **Sol's Pipe & Steel, Inc.**<br>**P. O. Box 2407**<br>**Monroe, LA 71207** | **Open account** | | **9,021.74** |
| **Superior Supply & Steel**<br>**P. O. Box 677427**<br>**Dallas, TX 75267-7427** | **Superior Supply & Steel**<br>**P. O. Box 677427**<br>**Dallas, TX 75267-7427** | **Open account** | | **30,398.52** |
| **TeamOne Logistics**<br>**P.O. Box 53966**<br>**Lafayette, LA 70505** | **TeamOne Logistics**<br>**P.O. Box 53966**<br>**Lafayette, LA 70505** | **Open account** | | **7,800.00** |
| **Vida Paint & Supply, Inc.**<br>**P. O. Box 2706**<br>**Morgan City, LA 70381** | **Vida Paint & Supply, Inc.**<br>**P. O. Box 2706**<br>**Morgan City, LA 70381** | **Open account** | | **24,830.84** |
| **Welders Equipment, INc.**<br>**1201 West Park Ave.**<br>**Eunice, LA 70535** | **Welders Equipment, INc.**<br>**1201 West Park Ave.**<br>**Eunice, LA 70535** | **Open account** | | **17,676.21** |
| **Whitco Supply, LLC**<br>**C/O Barry J. Sallinger**<br>**P. O. Box 2433**<br>**Lafayette, LA 70502** | **Whitco Supply, LLC**<br>**C/O Barry J. Sallinger**<br>**P. O. Box 2433**<br>**Lafayette, LA 70502** | **Lawsuit** | | **94,078.26** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President/CEO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **May 21, 2015** _____          Signature  **/s/ Lenora Krielow** _____

                                                **Lenora Krielow**
                                                **President/CEO**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                                  Best Case Bankruptcy

ABL Enterprises, Inc.
418 Montrose Ave.
Lafayette, LA 70503


Acadiana Paint & Supply, Inc.
120 Toledo Drive
Lafayette, LA 70506


Air Exchange, Inc.
129 Briscoe Rd.
Opelousas, LA 70570


Airgas Southwest, Inc.
P. O. Box 676031
Dallas, TX 75267-6031


B&M Oilfield Supply & Rental
P. O. Box 400
Broussard, LA 70518-0400


Crystal Clean, LLC
13621 Collections Center Drive
Chicago, IL 60693-0136


Custom Abrasives, LLC
2525 Bay Area Blvd., Ste. 290
Houston, TX 77058


Den-Mar Staffing
P. O. Box 2952
Lafayette, LA 70502


Ford Motor Credit Company
P. O. Box 105704
Atlanta, GA 30348

Global X-Ray & Testing Corp.
P. O. Box 1536
Morgan City, LA 70381


Gulf Coast Bank
P. O. Box 490
Abbeville, LA 70511


Industrial Lift Truck
P. O. Box 732333
Dallas, TX 75373-2333


Internal Revenue Service
P. O. Box 7346
Philadelphia, PA 19101-7346


Lafayette Paint & Supply
P. O. Box 837
Broussard, LA 70518


Louisiana Dept. of Revenue
PO Box 3440
Baton Rouge, LA 70821-3440


Louisiana Workforce Commission
P. O. Box 86510
Baton Rouge, LA 70879


Moore's Pump Services, Inc.
P. O. Box 746
Broussard, LA 70518


Regional Machine
602 Hector Connely Rd.
Carencro, LA 70520

Sabel Steel Supply
P. O. Box 4747
Montgomery, AL 36103


Sol's Pipe & Steel, Inc.
P. O. Box 2407
Monroe, LA 71207


St. Landry Parish Sheriff
P. O. Box 1029
Opelousas, LA 70570


Superior Supply & Steel
P. O. Box 677427
Dallas, TX 75267-7427


TeamOne Logistics
P.O. Box 53966
Lafayette, LA 70505


Theodore G. Edwards, IV
P. O. Box 2908
Lafayette, LA 70502-2908


Vida Paint & Supply, Inc.
P. O. Box 2706
Morgan City, LA 70381


Welders Equipment, INc.
1201 West Park Ave.
Eunice, LA 70535


Whitco Supply, LLC
C/O Barry J. Sallinger
P. O. Box 2433
Lafayette, LA 70502

Wyatt Compressor Service, Inc.
P. O. Box 1620
Broussard, LA 70518

# United States Bankruptcy Court
## Western District of Louisiana

In re    **ABL Industries, LLC** _____    Case No. _____

                                            Debtor(s)    Chapter    **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the President/CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **May 21, 2015** _____      **/s/ Lenora Krielow** _____

                                                    **Lenora Krielow/President/CEO**
                                                    Signer/Title

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

# United States Bankruptcy Court
## Western District of Louisiana

In re   __ABL Industries, LLC__            Case No. _____
                           Debtor(s)      Chapter    __11__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __ABL Industries, LLC__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

__May 21, 2015__                      __/s/ H. Kent Aguillard__
Date                                  __H. Kent Aguillard__

Signature of Attorney or Litigant
Counsel for    __ABL Industries, LLC__
__H. Kent Aguillard__
__P. O. Box 391__
__Eunice, LA 70535__
__337-457-9331 Fax:337-457-2917__

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

# United States Bankruptcy Court
## Western District of Louisiana

In re  **ABL Industries, LLC** _____  Case No. _____

Debtor(s)   Chapter   **11** _____

---

## DECLARATION RE: ELECTRONIC FILING OF PETITION, SCHEDULES, & STATEMENTS and STATEMENT OF SOCIAL SECURITY NUMBER(S)

### PART I - DECLARATION OF PETITIONER(S)

I [We] __**Lenora Krielow**__ and _____, the undersigned debtor(s), *hereby declare under penalty of perjury* that the information I have given my attorney and the information provided in the electronically filed petition, statements, and schedules is true and correct. I consent to my attorney sending my petition, this declaration, statements and schedules to the United States Bankruptcy Court. I understand that this DECLARATION RE: ELECTRONIC FILING is to be filed with the Clerk no later than forty-eight (48) hours following the date the petition was electronically filed, and all schedules and statements are to be filed no later than fourteen (14) days following the date the petition was electronically filed. I understand that the original of this DECLARATION RE: ELECTRONIC FILING OF PETITION, SCHEDULES & STATEMENTS will be maintained by the Clerk of Court. I further understand that failure to file the signed original of the DECLARATION will cause my case to be dismissed pursuant to F.R.B.P. without further notice.

☐   [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of 11 United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. I request relief in accordance with the chapter specified in this petition.

■   [If petitioner is a corporation or partnership] I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. The debtor requests relief in accordance with the chapter specified in this petition.

Dated:   __**May 21, 2015**__   Signed:   __/s/ Lenora Krielow_____
    **Lenora Krielow/President/CEO**
    Applicant

### PART II - DECLARATION OF ATTORNEY

I *declare under penalty of perjury* that I have reviewed the above debtor's petition and that the information is complete and correct to the best of my knowledge. The debtor(s) will have signed this form before I submit the petition, schedules, and statements. I will give the debtor(s) a copy of all forms and information to be filed with the United States Bankruptcy Court. I further declare that I have examined the above debtor's petition, schedules, and statements and, to the best of my knowledge and belief, they are true, correct, and complete. If an individual, I declare that I have informed the petitioner that [he, she or they] may proceed under chapter 7, 11, 12 or 13 of Title 11, United States Code, and have explained the relief available under each such chapter. This declaration is based on all information of which I have knowledge.

Dated:   **May 21, 2015**

    Signed: _____
    **H. Kent Aguillard**
    Attorney for Debtor(s)

### PART III - STATEMENT OF SOCIAL SECURITY NUMBER(S) - RULE 1007(f)

1. Name of Debtor (Last, First, Middle): **, ,**
*(Check the appropriate box and, if applicable, provide the required information.)*

■ Debtor has a Social Security Number and it is: __**27-2253116**__
    *(If more than one, state all.)*
☐ Debtor does not have a Social Security Number but has an Individual Taxpayer-Identification Number (ITIN), and it is ___
    *(If more than one, state all.)*
☐ Debtor does not have either a Social-Security Number or an Individual Taxpayer-Identification Number (ITIN).

2. Name of Joint Debtor (Last, First, Middle): _____

☐ Joint Debtor has a Social Security Number and it is: ___
    *(If more than one, state all.)*
☐ Joint Debtor does not have a Social Security Number but has an Individual Taxpayer-Identification Number (ITIN), and it is ___
    *(If more than one, state all.)*
☐ Debtor does not have either a Social-Security Number or an Individual Taxpayer-Identification Number (ITIN).

I declare under penalty of perjury that the foregoing is true and correct.

Dated:   **May 21, 2015**   Signed: _____   _____
    **Lenora Krielow**
    Debtor   Joint Debtor

*Joint debtors must provide information for both spouses.

Penalty for making a false statement: Fine of up to $250,000 or up to 5 years imprisonment or both.  18 U.S.C. §§ 152 and 3571.   (01/06/11)

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy